AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 03 2016

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antonio CAVAZOS | ) | Case No. M-16-1463-M |
| YOB: 1995  Citizenship: United States | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 02, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Marijuana |
| 21 U.S.C. § 952 | Illegal Importation of Marijuana |

This criminal complaint is based on these facts:
On August 02 2016, Antonio CAVAZOS was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 54.74 kilograms of marijuana concealed inside the quarter panels and spare tire area of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Jesus R. Cuellar, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/3/2016

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

# Attachment "A"

On August 02, 2016, a gold 2004 Dodge Dakota driven by Antonio CAVAZOS attempted to make entry at the Hidalgo, Texas Port of Entry thru the primary inspection station. After initial queries, CAVAZOS was selected for an intensive inspection and referred to secondary.

In secondary inspection, Customs and Border Protection Officer (CBPO) J. Duarte conducted a seven point inspection with negative findings. CBPO Duarte then escorted the vehicle to VACIS (Vehicle and Cargo Inspection System) where anomalies were observed on the passenger door, quarter panels, and spare tire of the vehicle.

CBPO VACIS operator J. Trevino requested the assistance of CBPO R. Noble and Narcotics Detection Dog (NDD) "Mike". NDD "Mike" alerted to the passenger door and the spare tire of the vehicle. Further physical inspection of the vehicle revealed a total of 50 packages which field tested positive for properties of marijuana. Approximately 54.74 kilograms of marijuana were retrieved from the vehicle.

Homeland Security Investigations (HSI) Special Agent (SA) R. Ullrich was advised of the situation. SA Ullrich and HSI Task Force Officer (HSI TFO) Jesus Cuellar responded to the Hidalgo, Texas Port of Entry to interview CAVAZOS.

TFO Cuellar read CAVAZOS his Miranda rights as witnessed by SA Ullrich. CAVAZOS waived his rights in writing and elected to speak with TFO Cuellar and SA Ullrich. CAVAZOS stated he met a man in Reynosa, Mexico nicknamed "Pelon" a few weeks ago, and agreed to transport narcotics for him. On or about July 21, 2016, CAVAZOS met with an unknown individual in McAllen, Texas and CAVAZOS gave him a copy of his driver's license and the following day he was given the 2004 gold Dodge Dakota that he would be using to transport narcotics.

CAVAZOS stated he crossed into Reynosa, Mexico today (August 02, 2016) at 6:30 a.m., drove to the plaza, and turn over the vehicle to an unknown individual. At approximately 11 a.m., the vehicle was returned to CAVAZOS by the same individual that had taken it from him earlier and was told that he would be crossing marijuana. CAVAZOS stated he was to be paid $1,000 U.S. dollars for the venture, and that he would be receiving a call once he made entry.